UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Affinion Group Holdings, Inc., Affinion Group Inc., Affinion Group, LLC, Affinion Benefits Group, LLC, Trilegiant Corporation, Watchguard Registration Services, Inc., and Global Protection Solutions, LLC,<br><br>Defendants. | Case No. 15-cv-01005<br><br><br>MOTION TO TERMINATE STIPULATED FINAL JUDGMENT AND ORDER AND DISMISS WITH PREJUDICE |

## MOTION TO TERMINATE STIPULATED FINAL JUDGMENT AND ORDER AND DISMISS WITH PREJUDICE

Defendants through their relevant successors in interest file this motion seeking an order from the Court terminating the Stipulated Final Judgment and Order (the "Order") entered by the Court on October 27, 2015 (ECF 33) and dismissing the matter with prejudice. Defendants have conferred with counsel for Plaintiff, the Consumer Financial Protection Bureau, who indicated that the Bureau consents to this motion.

The Order does not contain a defined period during which it remains in effect.  The Order provides that the Court retains jurisdiction for "construction, modification, and enforcement" of the Order, that the parties can make administrative modifications to certain provisions of the Order by agreement, and that any other modifications may be made upon approval of the Court by motion of any party.  (*Id.*, ¶¶ 53, 54.).

The Defendants bringing this motion are Tenerity, LLC (successor for Affinion Group, Inc.), Tenerity, Inc. (successor for Affinion Group Holdings, Inc.), Trilegiant Corporation,

Watchguard Registration Services, Inc., and Global Protection Solutions, LLC. Affinion Group, LLC and Affinion Benefits Group, LLC, were renamed and acquired by an entity that is not represented by the undersigned counsel for Defendants. However, these two entities were not engaged in any business operations that were subject to the Order at the time that they were acquired. Accordingly, this motion is agreed to by all relevant parties in interest.

In support of this motion, the Defendants state that:

1. Defendants fully disbursed the consumer redress as required under Section IV of the Order;

2. Defendants paid the civil money penalty ($1,900,000) to the Consumer Financial Protection Bureau as required under Section V of the Order; and

3. Defendants have, to the best of the their knowledge, substantially complied with the other conduct provisions of the Order.

WHEREFORE, for these reasons, the Defendants respectfully request that the Court enter the attached Order terminating the Stipulated Final Judgment and Order and dismissing this case with prejudice.

Respectfully submitted this 27th day of January, 2026.

FOR TENERITY, INC., TENERITY, LLC, TRILEGIANT CORPORATION, WATCHGAURD REGISTRATION SERVICES, INC., AND GLOBAL PROTECTION SOLUTIONS, LLC, AS SUCCESSORS IN INTEREST TO THE RELEVANT BUSINESS OPERATIONS OF THE DEFENDANTS,

/s/_____
STEVEN J. PORZIO
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
1 Manhattan West
New York, NY, 10001
Telephone: (212) 735-2720
Steven.Porzio@skadden.com


DARREN M. WELCH
Partner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave NW
Washington, DC, 20005
Telephone: (202) 371-7804
Darren.Welch@skadden.com
(*pro hac vice application submitted*)