UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Affinion Group Holdings, Inc., Affinion Group Inc., Affinion Group, LLC, Affinion Benefits Group, LLC, Trilegiant Corporation, Watchguard Registration Services, Inc., and Global Protection Solutions, LLC,<br><br>Defendants. | Case No. 15-cv-01005<br><br><br>ORDER |

## **ORDER**

The Defendants through their relevant successors in interests (herein "Defendants"), having moved the Court to terminate the Consent Order and dismiss this matter with prejudice, the Consumer Financial Protection Bureau indicating its consent, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that, with the consent of the Consumer Financial Protection Bureau and Defendants, the Stipulated Final Judgment and Order in this case is **TERMINATED** and this case is **DISMISSED WITH PREJUDICE.**

_____
Hon. Victor A. Bolden
United States District Court Judge